UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| OPERATING ENGINEERS PENSION TRUST FUND, | No. C 10-04964 LB |
| Plaintiff, | **ORDER VACATING STATUS CONFERENCE** |
| v. | |
| TERRASEARCH, *et al.*, | |
| Defendants. | |

At the May 26, 2011 hearing on Plaintiff's motion for default judgment, ECF No. 18, Terrasearch made its initial appearance. ECF No. 38 at 1. Terrasearch's counsel orally requested an opportunity to file a motion to vacate the default and to oppose default judgment. *Id.* The court deferred its report and recommendation on Plaintiff's motion for default judgment and directed Terrasearch to file its motion before the district court. *Id.* To ensure that this matter continued to proceed, the court set a status conference for June 23, 2011. *Id.* Because the district court has set a case management conference for June 22, 2011, the court **VACATES** the status conference set for June 23, 2011.

**IT IS SO ORDERED.**

Dated: June 17, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-04964 SBA (LB)
ORDER VACATING STATUS CONFERENCE