RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>    Plaintiffs,<br><br>vs.<br><br>TERRASEARCH, a California Corporation, 3 MAK, LLC, a California Limited Liability Company, and DOES 1-20,<br><br>    Defendants. | Case No.:  CV 10-04964 SBA (LB)<br><br>**STIPULATION REGARDING MOTION TO SET ASIDE DEFAULT;** ~~**[PROPOSED]**~~ **ORDER** |

Defendants filed their Motion to Set Aside the Default ("MSAD") on June 22, 2011. Docket No. 43. The MSAD was referred to Magistrate Judge Beeler for report and recommendation on June 24, 2011. Docket No. 44. A new hearing date for the MSAD is currently pending.

Under Civil L.R. 7.3(a) Plaintiffs' opposition to the MSAD is due within fourteen (14) days from the filing of the MSAD (i.e. July 6, 2011).

///

1
ORDER
Case No.:  CV 10-04964 SBA (LB)

1  The parties hereby stipulate that Plaintiffs' Opposition shall be filed twenty (21) days before the
2  hearing on the MSAD and Defendants' Reply Brief shall be filed fourteen (14) days before the
3  hearing on the MSAD.

4

5  Dated: July 6, 2011                    SALTZMAN & JOHNSON LAW CORPORATION

6

7                                         By: _____/s/_____
                                               Shaamini A. Babu
8                                              Attorneys for Plaintiff

9

10 Dated: July 6, 2011                    LITTLER MENDELSON P.C.

11

12                                        By: _/s/ _____
                                               Stephen C. Tedesco
13                                             Attorneys for Defendants___

14

15                                        **ORDER**

16
    The Defendants' Motion to Set Aside Default is calendared for September 1, 2011 at 11:00 a.m.
17 Plaintiffs' Opposition is due July 18, 2011.  Defendants' Reply is due July 25, 2011.

18

19

20
    Date: _July 11, 2011_____          _____
21                                      LAUREL BEELER
                                        United States Magistrate Judge
22

23

[IT IS SO ORDERED — Judge Laurel Beeler]

2
ORDER
Case No.:  CV 10-04964 SBA (LB)