RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>TERRASEARCH, a California Corporation, 3 MAK, LLC, a California Limited Liability Company, and DOES 1-20,<br><br>Defendants. | Case No.: CV 10-04964 SBA (LB)<br><br>**STIPULATION CONTINUING HEARING ON MOTION TO SET ASIDE DEFAULT; [PROPOSED] ORDER** |

Defendants filed their Motion to Set Aside the Default ("MSAD") on June 22, 2011. Docket No. 43. The MSAD was referred to Magistrate Judge Beeler for report and recommendation on June 24, 2011. Docket No. 44. Judge Beeler issued an Order setting the hearing on the MSAD for September 1, 2011, with Plaintiffs' Opposition due July 18, 2011, and Defendants' Reply Brief due July 25, 2011. Docket No. 47. The parties are currently exchanging information and documents in an attempt to resolve this matter. If the parties reach an agreement the MSAD may become moot.

As such, the parties hereby stipulate to continue the hearing on the MSAD to September 22, 2011, at 11:00 a.m., and further stipulate that Plaintiffs' Opposition shall be due on August 25, 2011, and Defendants' Reply Brief shall be due on September 1, 2011.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 14, 2011 | SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | | |
| 4 | | By: _____/s/_____ |
| 5 | | Shaamini A. Babu<br>Attorneys for Plaintiff |
| 6 | | |
| 7 | Dated: July 14, 2011 | LITTLER MENDELSON P.C. |
| 8 | | |
| 9 | | By: _____/s/_____ |
| 10 | | Stephen C. Tedesco<br>Attorneys for Defendants___ |

IT IS SO ORDERED.

Based on the foregoing, and good cause appearing, the hearing on Defendants' Motion to Set Aside Default is hereby calendared for **October 6, 2011 at 11:00 a.m.**  Plaintiffs' Opposition shall be filed by August 25, 2011, and Defendants' Reply Brief shall be filed by September 1, 2011.

Date: __July 21, 2011___   _____
LAUREL BEELER
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Laurel Beeler]*