RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>TERRASEARCH, a California Corporation, 3 MAK, LLC, a California Limited Liability Company, and DOES 1-20,<br><br>Defendants. | Case No.: CV 10-04964 SBA (LB)<br><br>**STIPULATION CONTINUING HEARING ON MOTION TO SET ASIDE DEFAULT; [PROPOSED] ORDER**<br><br>Date:   September 25, 2011<br>Time:   11:00 a.m.<br>Ctrm:   4, 3rd Floor<br>Judge:   Honorable Laurel Beeler |

Defendants filed their Motion to Set Aside the Default ("MSAD") on June 22, 2011. Docket No. 43. The MSAD was referred to Magistrate Judge Beeler for report and recommendation on June 24, 2011. Docket No. 44. Judge Beeler issued an Order setting the hearing on the MSAD for September 1, 2011, with Plaintiffs' Opposition due July 18, 2011, and Defendants' Reply Brief due July 25, 2011. Docket No. 47. Pursuant to a stipulation between the parties and this Court's Order, the hearing on the motion was continued to September 25, 2011, with the opposition due August 25, 2011, and reply brief due September 1, 2011. Docket 51. Defendants are continuing to provide information and documents to Plaintiffs in an attempt to

1  resolve this matter.  Additionally, the parties are attempting to negotiate a stipulated judgment and
2  if the parties stipulate to a judgment the MSAD will become moot.
3          As such, the parties hereby stipulate to continue the hearing on the MSAD to October 6,
4  2011, at 11:00 a.m., and further stipulate that Plaintiffs' Opposition shall be due on September 15,
5  2011, and Defendants' Reply Brief shall be due on September 22, 2011.

7  Dated: August 23, 2011                    SALTZMAN & JOHNSON LAW CORPORATION

9                                             By:  _____/s/_____
                                                    Shaamini A. Babu
10                                                  Attorneys for Plaintiff

12 Dated: August  23, 2011                   LITTLER MENDELSON P.C.

14                                             By:  _____/s/_____
                                                    Stephen C. Tedesco
15                                                  Attorneys for Defendants___

16 IT IS SO ORDERED.
17         Based on the foregoing, and good cause appearing, the hearing on Defendants' Motion to
18 Set Aside Default is hereby calendared for October 6, 2011, at 11:00 a.m.  Plaintiffs' Opposition
19 shall be filed by September 15, 2011, and Defendants' Reply Brief shall be filed by September 22,
20 2011.

22 Date: __August 24, 2011___                _____
                                              LAUREL BEELER
23                                            United States Magistrate Judge