1 RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
2 SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 San Francisco, CA 94104
(415) 882-7900
4 (415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
5 sbabu@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>          Plaintiffs,<br><br>vs.<br><br>TERRASEARCH, a California Corporation, 3 MAK, LLC, a California Limited Liability Company, and DOES 1-20,<br><br>          Defendants. | Case No.: CV 10-04964 SBA (LB)<br><br>**STIPULATION CONTINUING HEARING ON MOTION TO SET ASIDE DEFAULT; [PROPOSED] ORDER**<br><br>Date:     October 6, 2011<br>Time:    11:00 a.m.<br>Ctrm:    4, 3rd Floor<br>Judge:   Honorable Laurel Beeler |

Defendants filed their Motion to Set Aside the Default ("MSAD") on June 22, 2011. Docket No. 43. The MSAD was referred to Magistrate Judge Beeler for report and recommendation on June 24, 2011. Docket No. 44. Judge Beeler issued an Order setting the hearing on the MSAD for September 1, 2011, with Plaintiffs' Opposition due July 18, 2011, and Defendants' Reply Brief due July 25, 2011. Docket No. 47. Pursuant to stipulations between the parties and this Court's orders, the hearing on the motion was continued to September 25, 2011, and then continued to October 6, 2011. Docket No. 51 and 53.

Defendants are continuing to provide information and documents to Plaintiffs in an attempt to resolve this matter. Further, the parties are attempting to negotiate a stipulated judgment and if the parties stipulate to a judgment the MSAD will become moot. The parties require sufficient

1 opportunity to produce and evaluate additional documents and information and to agree to the
2 scope of the stipulated judgment.
3     As such, the parties hereby stipulate to continue the hearing on the MSAD to December
4 15, 2011, at 11:00 a.m., and further stipulate that Plaintiffs' Opposition shall be due on November
5 23, 2011, and Defendants' Reply Brief shall be due on December 1, 2011.

6

7 Dated: September 9, 2011        SALTZMAN & JOHNSON LAW CORPORATION

8

9 By: _____/s/_____
    Shaamini A. Babu
10     Attorneys for Plaintiff

11

12 Dated: September 9, 2011        LITTLER MENDELSON P.C.

13

14 By: _____/s/_____
    Stephen C. Tedesco
15     Attorneys for Defendants\_\_\_

16 IT IS SO ORDERED.

17     Based on the foregoing, and good cause appearing, the hearing on Defendants' Motion to
18 Set Aside Default is hereby calendared for December 15, 2011, at 11:00 a.m. Plaintiffs'
19 Opposition shall be filed by November 23, 2011, and Defendants' Reply Brief shall be filed by
20 December 1, 2011.

21

22 Date: September 23, 2011

23 LAUREL BEELER
United States Magistrate Judge
24 *Judge Laurel Beeler*

25

26

27

28

                                                            2
STIPULATION