1  RICHARD C. JOHNSON (SBN 40881)
   SHAAMINI A. BABU (SBN 230704)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   djohnson@sjlawcorp.com
5  sbabu@sjlawcorp.com
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>TERRASEARCH, a California Corporation, 3 MAK, LLC, a California Limited Liability Company, and DOES 1-20,<br><br>Defendants. | Case No.: CV 10-04964 SBA (LB)<br><br>**STIPULATION CONTINUING HEARING ON MOTION TO SET ASIDE DEFAULT; [PROPOSED] ORDER**<br><br>Date: October 6, 2011<br>Time: 11:00 a.m.<br>Ctrm: 4, 3rd Floor<br>Judge: Honorable Laurel Beeler |

Defendants filed their Motion to Set Aside the Default ("MSAD") on June 22, 2011. Docket No. 43. The MSAD was referred to Magistrate Judge Beeler for report and recommendation on June 24, 2011. Docket No. 44. Judge Beeler issued an Order setting the hearing on the MSAD for September 1, 2011, with Plaintiffs' Opposition due July 18, 2011, and Defendants' Reply Brief due July 25, 2011. Docket No. 47. Pursuant to stipulations between the parties and this Court's orders, the hearing on the motion was continued to September 25, 2011, and then continued to October 6, 2011. Docket No. 51 and 53.

Defendants are continuing to provide information and documents to Plaintiffs in an attempt to resolve this matter. Further, the parties are attempting to negotiate a stipulated judgment and if the parties stipulate to a judgment the MSAD will become moot. The parties require sufficient

opportunity to produce and evaluate additional documents and information and to agree to the scope of the stipulated judgment.

As such, the parties hereby stipulate to continue the hearing on the MSAD to December 15, 2011, at 11:00 a.m., and further stipulate that Plaintiffs' Opposition shall be due on November 23, 2011, and Defendants' Reply Brief shall be due on December 1, 2011.

Dated: September 9, 2011         SALTZMAN & JOHNSON LAW CORPORATION

                                 By: _____/s/_____
                                      Shaamini A. Babu
                                      Attorneys for Plaintiff

Dated: September 9, 2011         LITTLER MENDELSON P.C.

                                 By: _____/s/_____
                                      Stephen C. Tedesco
                                      Attorneys for Defendants

IT IS SO ORDERED.

Based on the foregoing, and good cause appearing, the hearing on Defendants' Motion to Set Aside Default is hereby calendared for December 15, 2011, at 11:00 a.m. Plaintiffs' Opposition shall be filed by November 23, 2011, and Defendants' Reply Brief shall be filed by December 1, 2011.

Date: September 23, 2011         _____
                                 LAUREL BEELER
                                 United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" with signature of Judge Laurel Beeler]*