RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>TERRASEARCH, et al.<br><br>    Defendants. | Case No.: CV 10-04964 SBA (LB)<br><br>**JOINT REQUEST TO EXTEND DEADLINE FOR MEDIATION AND TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

On July 14, 2011, Plaintiffs and Defendants filed a Stipulation and [Proposed] Order Selecting Mediation. Docket No. 48. Thereafter, Judge Saundra B. Armstrong issued an order on September 12, 2011, requiring the mediation to be completed by January 10, 2012. Docket No. 56. On October 18, 2011, the court designated Catherine A. Yanni as the Mediator. Docket No. 60. The mediation has been scheduled for January 30, 2011, based on the availability of the parties and Ms. Yanni. Accordingly, the parties respectfully request that the Court extend the deadline to complete the mediation an additional 30 days until February 9, 2012.

The parties further request that the Case Management Conference presently scheduled for January 12, 2012 at 2:15 p.m. be continued an additional 45 days.

///

Dated: November 23, 2011                    SALTZMAN & JOHNSON LAW CORPORATION

-1-
REQUEST TO EXTEND MEDIATION DEADLINE
Case No.: CV 10-04964 SBA (LB)

G:\SBALC2\Keith\Civil\10-4964 - Op Eng - Order Cont CMC.doc

By: _____/S/_____
Shaamini A. Babu
Attorneys for Plaintiff

Dated: November 23, 2011          LITTLER MENDELSON P.C.

By: _____/S/_____
Stephen C. Tedesco
Attorneys for Defendants

IT IS SO ORDERED.

    Based on the foregoing, and good cause appearing, the parties shall complete the mediation by February 9, 2012. The Case Management Conference is continued to **February 22, 2012 at 3:00 p.m.** All related deadlines are extended accordingly. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiffs are responsible for filing joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiffs are responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

Date: 11-29-11          _____/s/ Saundra B. Armstrong_____
SAUNDRA BROWN ARMSTRONG
United States District Judge