RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>TERRASEARCH, a California Corporation, 3 MAK, LLC, a California Limited Liability Company, and DOES 1-20,<br><br>Defendants. | Case No.:  CV 10-04964 SBA<br><br>**STIPULATION TO EXTEND TIME FOR JOINDER OF PARTIES AND TO AMEND PLEADINGS AND ORDER** |

The parties filed a Joint Case Management Statement on February 15, 2012. Docket No. 72. A Case Management Conference was held via telephone on February 22, 2012. Docket No. 73. Thereafter, the Court issued an Order for Pre-Trial Preparation on February 27, 2012, and specified May 1, 2012, as the deadline to join parties and amend the pleadings. Docket No. 74. The parties are attempting to resolve the pending dispute.

The parties hereby stipulate to an extension of 10-days until Friday May 11, 2012, for Plaintiffs to join additional parties and amend the Complaint if necessary.  All other deadlines specified in the Order for Pre-Trial Preparation will remain unchanged.  As such, the parties respectfully request the Court to extend the deadline for joinder and to amend the pleadings to May 11, 2012.

1 | Dated: May 1, 2012              SALTZMAN & JOHNSON LAW CORPORATION

2

3                                          By:  _____/s/_____
4                                               Shaamini A. Babu
                                                Attorneys for Plaintiff
5

6 | Dated: May 1, 2012              LITTLER MENDELSON P.C.

7

8                                          By:  _____/s/_____
                                                Stephen C. Tedesco
9                                               Attorneys for Defendants___

10 | IT IS SO ORDERED.

11       Based on the foregoing, and good cause appearing, the parties shall have until May 11,

12 | 2012, to join other parties and amend the pleadings. All other deadlines specified in the Order for

13 | Pre-Trial Preparation will remain unchanged.

14

15

16

17 | Date: _5/2/12                   _____
                                     SAUNDRA ARMSTRONG
18                                   United States District Court Judge

19

20

21

22

23

24

25

26

27

28