1  RICHARD C. JOHNSON (SBN 40881)
   SHAAMINI A. BABU (SBN 230704)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   djohnson@sjlawcorp.com
5  sbabu@sjlawcorp.com
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   (OAKLAND DIVISION)

11 OPERATING ENGINEERS' PENSION          Case No.: CV 10-04964 SBA
   TRUST FUND; F.G. CROSTHWAITE and
12 RUSSELL E. BURNS, as Trustees,
                                         **STIPULATION TO EXTEND TIME
13      Plaintiffs,                      FOR JOINDER OF PARTIES AND TO
                                         AMEND PLEADINGS AND ORDER**
14 vs.

15 TERRASEARCH, a California Corporation, 3
   MAK, LLC, a California Limited Liability
16 Company, and DOES 1-20,

17      Defendants.

18

19      The parties filed a Joint Case Management Statement on February 15, 2012. Docket No.

20 72. A Case Management Conference was held via telephone on February 22, 2012. Docket No.

21 73. Thereafter, the Court issued an Order for Pre-Trial Preparation on February 27, 2012, and

22 specified May 1, 2012, as the deadline to join parties and amend the pleadings. Docket No. 74.

23 The parties are attempting to resolve the pending dispute.

24      The parties hereby stipulate to an extension of 10-days until Friday May 11, 2012, for

25 Plaintiffs to join additional parties and amend the Complaint if necessary.  All other deadlines

26 specified in the Order for Pre-Trial Preparation will remain unchanged.  As such, the parties

27 respectfully request the Court to extend the deadline for joinder and to amend the pleadings to

28 May 11, 2012.

-1-
REQUEST TO CONTINUE CMC
Case No.: CV 10-04964 SBA

P:\CLIENTS\OE3WL\CASES\Terrasearch\Trial\Stipulation to Extend Time to Amend 050112.doc

| | | |
|---|---|---|
| 1 | Dated: May 1, 2012 | SALTZMAN & JOHNSON LAW CORPORATION |

By: _____/s/_____
Shaamini A. Babu
Attorneys for Plaintiff

Dated: May 1, 2012                                LITTLER MENDELSON P.C.

By: _____/s/_____
Stephen C. Tedesco
Attorneys for Defendants___

IT IS SO ORDERED.

Based on the foregoing, and good cause appearing, the parties shall have until May 11, 2012, to join other parties and amend the pleadings. All other deadlines specified in the Order for Pre-Trial Preparation will remain unchanged.

Date: _5/2/12                         _____/s/ Saundra B. Armstrong_____
SAUNDRA ARMSTRONG
United States District Court Judge