RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>TERRASEARCH, a California Corporation, 3 MAK, LLC, a California Limited Liability Company, and DOES 1-20,<br><br>Defendants. | Case No.:  CV 10-04964 SBA<br><br>**STIPULATION TO EXTEND TIME FOR JOINDER OF PARTIES AND TO AMEND PLEADINGS AND  ORDER** |

The parties filed a Joint Case Management Statement on February 15, 2012.  Docket No. 72.  A Case Management Conference was held via telephone on February 22, 2012.  Docket No. 73.  Thereafter, the Court issued an Order for Pre-Trial Preparation on February 27, 2012, and specified May 1, 2012, as the deadline to join parties and amend the pleadings.  Docket No. 74.  On May 1, 2012, parties stipulated to an extension of 10-days until Friday, May 11, 2012, for Plaintiffs to join additional parties and amend the Complaint if necessary.   All other deadlines specified in the stipulation for Pre-Trial Preparation were to remain unchanged.  Docket 76.  The court approved the extension on May 2, 2012.  Docket 77.

1  The parties are continuing to attempt to resolve the pending dispute and hereby stipulate to
2  an additional extension of 21-days until Friday, June 1, 2012, for Plaintiffs to join additional
3  parties and amend the Complaint if necessary.  All other deadlines specified in the Order for Pre-
4  Trial Preparation will remain unchanged.  As such, the parties respectfully request the Court to
5  extend the deadline for joinder and to amend the pleadings to June 1, 2012.

6
7  Dated: May 9, 2012                             SALTZMAN & JOHNSON LAW CORPORATION
8
9                                                 By:  _____/s/_____
                                                       Shaamini A. Babu
10                                                     Attorneys for Plaintiff
11
12 Dated: May 9, 2012                             LITTLER MENDELSON P.C.
13
14                                                 By:  _____/s/_____
                                                       Stephen C. Tedesco
15                                                     Attorneys for Defendants___

16 IT IS SO ORDERED.
17      Based on the foregoing, and good cause appearing, the parties shall have until June 1,
18 2012, to join other parties and amend the pleadings.  All other deadlines specified in the Order for
19 Pre-Trial Preparation will remain unchanged.
20
21
22
23 Date: ___5/10/12                                _____/s/ Saundra B. Armstrong_____
                                                   SAUNDRA ARMSTRONG
24                                                 United States District Court Judge
25
26
27
28
                                                                                      -2-
                                                                        STIPULATION TO EXTEND TIME
                                                                         FOR JOINDER AND TO AMEND
C:\Users\clarkl\AppData\Local\Temp\notes06E812\Stipulation to Extend Time to Amend 050912.doc   Case No.:  CV 10-04964 SBA